UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TAMMY LYNN WEBBER NICHOLS,<br><br>        Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner, Social Security Administration,<br><br>        Defendant | 1:18-CV-00113-LEW |

# **ORDER**

On January 22, 2019, the United States Magistrate Judge filed with the court his Report and Recommended Decision. The plaintiff, appearing *pro se*, filed an objection to the Recommended Decision on January 28, 2019. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision (ECF No. 26) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Commissioner's final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 19th day of February, 2019.        /s/ **Lance E. Walker**
                                                                         **U.S. DISTRICT JUDGE**